THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

C. DONALD WHEATLEY and
FREDERICK G. LEVIN,

                    Plaintiffs,

          v.

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA, et. al.,

                    Defendants.

HON. JEROME B. SIMANDLE

Civil Action
No. 06-5228 (JBS)


**ORDER**


        This matter having come before the Court upon Defendants'

motion for summary judgment [Docket Item No. 4] and upon

Plaintiffs' cross-motion for continuance under Rule 56(f), Fed.

R. Civ. P. [Docket Item No. 7]; and for the reasons expressed in

the Opinion of today's date; and for good cause shown;

        **IT IS** this ____**28th**___ day of **September, 2007** hereby

        **ORDERED** that Defendants' motion for summary judgment [Docket

Item No. 4] shall be, and hereby is, **GRANTED** with respect to

Counts Two through Seven, and **DISMISSED** without prejudice pending

discovery as to Count One; and

        **IT IS FURTHER ORDERED** that Plaintiffs' motion in opposition

to Defendants' summary judgment pursuant to Rule 56(f) be **DENIED**

as to Counts Two through Seven, and **GRANTED** as to Count One, upon

which discovery may proceed.


                                **s/ Jerome B. Simandle**
                                JEROME B. SIMANDLE
                                U.S. District Judge